IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES EDWARD JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO. 1:13cv319-TMH |
| ) | (WO) |
| RUSSELL COUNTY JAIL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On June 20, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 5). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. The plaintiff's claims be and are hereby DISMISSED prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i); and

3. This case be and is hereby DISMISSED with prejudice.

Done this the 30th day of September, 2013.

　　　　　　　　　　　　　　　 /s/ Truman M. Hobbs
　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE